SCWC-30432

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNETH L. WALLACE, Trustee of the Kenneth L. Wallace Living Trust Dated June 20, 2001, Petitioner/Plaintiff-Appellant,

vs.

HARLOW BURROWS, Respondent/Defendant/Cross-claimant/ Cross-claim Defendant-Appellee,

and

LA BAHIA, 1993, INC., a Hawaiʻi corporation, Respondent/Defendant/Cross-claim Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30432; CIV. NO. 05-1-0141)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Plaintiff-Appellant Kenneth L. Wallace's Application for Writ of Certiorari, filed on May 27, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 9, 2014.

Peter Van Name Esser
for petitioner

Craig G. Nakamura and
Erika L. Lewis
for respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

